# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID G. RAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIERONE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOUGLAS L. STEJSKAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3177 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GILBERT G. LUNDSTROM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after consolidation of ***Stejskal v. Lundstrom***, Case No. 4:10CV3177 with ***Ray v. TierOne Corp., et al.***, Case No. 8:10CV199. **See** Filing No. 9, in Case No. 4:10CV3177. Accordingly,

**IT IS ORDERED:**

1. The parties shall conduct discovery as if these consolidated cases are part of a single case. All future filings shall contain the consolidated case caption, which appears on this order.

2. The Clerk of Court shall serve Mr. Stejskal with copies of the docket sheet and orders filed on October 12, 2010, and October 27, 2010, from Case No. 8:10CV199.

3. Lead Counsel shall confer with Mr. Stejskal and apprise him of the status of this case.

DATED this 3rd day of December, 2010.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge