# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID G. RAY, et al., | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| vs. | ) | ORDER |
| TIERONE CORPORATION, et al., | ) | |
| Defendants. | ) | |
| and | ) | |
| DOUGLAS L. STEJSKAL, | ) | |
| Plaintiff, | ) | 4:10CV3177 |
| vs. | ) | ORDER |
| GILBERT G. LUNDSTROM, | ) | |
| Defendants. | ) | |

This matter is before the court on the court's December 22, 2010, Order finding ***Douglas L. Stejskal v. James A. Laphen***, 8:10CV332, is related to the above-captioned consolidated cases involving the same or similar parties. **See** Filing No. 12 in case 8:10CV332. Additionally, the consolidated cases appear to be related to and arise from similar law and facts as the later filed case. Such these three cases may be consolidated for all purposes. Despite the court's December 22, 2010, Order, in the above-captioned case, the parties shall have an opportunity to object to consolidation of ***Douglas L. Stejskal v. James A. Laphen***, 8:10CV332, with ***David G. Ray, et al. v. Gilbert G. Lundstrom, et al.,*** 8:10CV199, and ***Douglas L. Stejskal v. Gilbert G. Lundstrom,*** 4:10CV3177. Accordingly,

**IT IS ORDERED:**

Any party shall have to **on or before January 19, 2011**, to show cause why ***Douglas L. Stejskal v. James A. Laphen***, 8:10CV332, should not be consolidated with ***David G. Ray, et al. v. Gilbert G. Lundstrom, et al.,*** 8:10CV199, and ***Douglas L. Stejskal v. Gilbert G. Lundstrom,*** 4:10CV3177, for all purposes.

DATED this 23rd day of December, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge