IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID G. RAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV199 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIERONE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOUGLAS L. STEJSKAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3177 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GILBERT G. LUNDSTROM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOUGLAS L. STEJSKAL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV332 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES A. LAPHEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Motion to Extend Deadlines in the Initial Progress of Case Order (Filing No. 41). The plaintiffs seek an extension by 75 days of all deadlines to accommodate an extension of the deadline to amend the complaint. The defendants oppose such a lengthy extension, but consent to a 14-day extension. The matter has been fully briefed. Upon consideration,

**IT IS ORDERED:**

The plaintiffs' Motion to Extend Deadlines in the Initial Progress of Case Order (Filing No. 41) is granted, in part, as follows.

1. The Lead Plaintiff shall have until **March 2, 2011**, to file an amended complaint.
2. The defendants shall have until **April 18, 2011**, to answer or otherwise respond to the amended complaint.
3. If the defendants file a motion to dismiss the amended complaint, the Lead Plaintiff shall have until **June 1, 2011**, to file any opposition, and the defendants shall have until **June 22, 2011**, to file any reply.
4. The parties shall file their planning report pursuant to Fed. R. Civ. P. 26(f) **within thirty days** of the earlier of the defendants filing an answer to the amended complaint or the court's ruling on the defendants' motion to dismiss.

DATED this 31st day of January, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge